# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Jonathan Edward Holiday, | ) | Case No. 1:14-cr-042 |
| | ) | |
| Defendant. | ) | |

Pursuant to the court's discussion with the parties during the defendant's change of plea hearing held on October 2, 2014, defendant is **ORDERED** to surrender to the Pretrial Services Office in Bismarck by 1:00 p.m. on Wednesday, October 8, 2014. Thereafter, defendant shall be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility. The Defendant shall be afforded a reasonable opportunity for private consultations with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

Dated this 8th day of October, 2014.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court